Tuesday,
November 26.

BIRD v. STUMPH and Others.

APPEAL from the *Marion* Common Pleas.

*Per Curiam.*—This was an action by the appellees, who were the plaintiffs, against *Bird*, upon a promissory note for the payment of $350, payable to one *Robert L. Walpole*, who assigned it to the plaintiffs. The record shows that the defendant was duly served with process, and having failed to appear, was regularly defaulted, and judgment by default entered against him. But no motion appears to have been made to set aside the default. Hence the errors assigned are not available in this Court. 9 Ind. 236; 13 *id.* 430, 453.

The judgment is affirmed, with 5 per cent. damages and costs.

*R. L. Walpole*, for the appellant.